**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | : | |
| MARY SINGER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 15-5872 |
| | : | |
| DSC LOGISTICS, | : | |
| Defendant. | : | |
| _____ | : | |

## <u>ORDER</u>

**AND NOW**, this   5th   day of May, 2017, upon consideration of Plaintiff's Motion to Strike Settlement and to Reinstate Action and Memorandum in Support of the Motion (Dkt. Nos. 50, 51) filed on January 7, 2017; Defendant's Memorandum in Opposition (Dkt. No. 53) filed on January 23, 2017; Plaintiff's Memorandum of Law in Reply to Defendant's Opposition (Dkt. No. 54) filed on January 26, 2017; pursuant to the April 13, 2017 Order of the Honorable Lawrence F. Stengel; and for the reasons expressed in the accompanying Memorandum Opinion,

**IT IS ORDERED** that the Plaintiff's Motion to Strike Settlement and to Reinstate Action is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge